58559. GADDIS v. THE STATE.

QUILLIAN, Presiding Judge.
This appeal is controlled by the decision in *Cox v. State*, 152 Ga. App. 453 (1979).
*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED SEPTEMBER 12, 1979 — DECIDED NOVEMBER 29, 1979.

Herbert B. Zachry, for appellant.
Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney, for appellee.